BENEFICIAL CORPORATION, Appellant, v. READING & SOUTHWESTERN STREET RAILWAY COMPANY and City Bank and Trust Company of Reading, Successor Trustee Under Deed of Trust, Dated August 25, 1921, of Daniel B. Shepp.

No. 10279.

United States Court of Appeals
Third Circuit.

Argued Nov. 17, 1950.

Decided Nov. 29, 1950.

Earl G. Harrison, Philadelphia, Pa. (Wm. A. Schnader, Edward W. Mullinix, and Schnader, Harrison, Segal & Lewis, all of Philadelphia, Pa., on the brief), for appellant.

Paul H. Rhoads, Harrisburg, Pa. (Thomas Iaeger Snyder and Snyder, Balmer & Kershner, all of Reading, Pa., Rhoads & Sinon, Harrisburg, Pa., P. Herbert Reigner, Reading, Pa., on the brief), for appellees.

Before MARIS, McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

This appeal presents the question whether stockholders of a lessor street railway company are entitled, under the provisions of a long term lease of all the company's assets and franchises, to have the rent stipulated for in the lease paid by the lessee directly to them as dividends, although the board of directors of the company has by resolution directed the lessee to pay the rent to the company in order to provide funds for the payment of the debts of the company. The district court held that the company was entitled to receive the rent rather than its shareholders and entered a summary judgment for the defendant. We find ourselves in complete accord with the reasoning and conclusions of the district court as stated in the opinion filed by Judge Bard, 91 F.Supp. 803, to which we need add nothing.

The judgment of the district court will be affirmed.

F. H. HARBIN and B. E. Harbin, Appellants, v. Richard E. BUTLER, Appellee.

No. 11163.

United States Court of Appeals
Sixth Circuit.

Nov. 29, 1950.

S. F. Dye, Knoxville, Tenn., for appellants.

Green, Webb & McCampbell, Knoxville, Tenn., H. H. McCampbell, Jr., Knoxville, Tenn., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This appeal has been duly heard and considered upon the record and upon the respective oral arguments and briefs of attorneys for the appellant and for the appellee;

And it appearing that the judgment for the plaintiff, now appellee, on the verdict of the jury awarding him $5,000 damages, is supported by substantial evidence and that no error appears in the rulings of the District Court upon the trial.

The judgment of the District Court is affirmed.